SAVANNAH, FLORIDA & WESTERN RAILWAY CO. *v.* WALLER.

SIMMONS, C. J. When this case was here before (97 *Ga.* 164), it was decided that, under the facts as they appeared at the trial, the railway company was not liable for the injury sustained by the plaintiff; and the declaration, as it now stands with the amendment allowed since the decision of this court, not making a case substantially different from what appeared in the former record, the court erred in refusing to sustain the demurrer to the amended declaration on the ground that no cause of action was set out.

*Judgment reversed. All the Justices concurring.*

Argued January 26, 27, — Decided March 22, 1898.

Action for damages. Before Judge Norwood. City court of Savannah. July term, 1897.

*Erwin, duBignon, Chisholm & Clay,* for plaintiff in error.
*Wm. W. Gordon Jr.,* contra.